

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00456-CR
### NO. 02-16-00457-CR

MELVIN LEE HAYES                                                  APPELLANT

V.

THE STATE OF TEXAS                                                     STATE

----------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NOS. 1464678D, 1464680D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Melvin Lee Hayes attempts to appeal his convictions for theft and escape. Each of the trial court's certifications states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2); *see also* Tex. Code Crim. Proc. Ann. art. 44.02 (West 2006). On December 2, 2016, we notified Hayes that these appeals may be dismissed

---

[1]*See* Tex. R. App. P. 47.4.

pursuant to the trial court's certifications unless he or any party desiring to continue the appeals filed a response showing grounds for continuing the appeals. *See* Tex. R. App. P. 25.2(d), 44.3. We have not received a response. Accordingly, in accordance with the trial court's certifications, we dismiss these appeals. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  April 6, 2017